```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

STEPHANIE  BRABHAM  and
MICHAEL ROBERTS

      Plaintiffs,

v.                                Case No: 2:13-cv-535-FtM-29DNF

4 GUYS PIZZA, LLC, a Florida
limited liability company,

      Defendant.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #16), filed December 5, 2013, recommending that the parties' Joint Motion for Approval of Settlement and For Entry of Judgment in FLSA Matter (Doc. #15) be granted, the Settlement Agreement (Doc. #15-1) be approved as fair and reasonable, jurisdiction be retained for a period of one year, and the case be dismissed.  No objections were filed and the time to file objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After a careful and complete review of the findings and recommendations, the Court will approve and adopt the Report and Recommendation of the Magistrate Judge.  The Court will also retain jurisdiction to the extent that the parties may seek to reopen the matter to enforce the Settlement Agreement within a year of the entry of judgment.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #16) is hereby **adopted** and the findings incorporated herein.

2. The parties' Joint Motion for Approval of Settlement and For Entry of Judgment in FLSA Matter (Doc. #15) is **granted**, and the Settlement Agreement (Doc. #15-1) is **approved** as a fair and reasonable resolution of the case.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, with the Court retaining jurisdiction over the enforcement of the Settlement Agreement for a period of **one (1) year** from the date of Judgment.

**DONE and ORDERED** at Fort Myers, Florida, this   10th   day of January, 2014.

*/s/ John E. Steele*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record